Transportation of property tax. Plaintiffs entitled to recover. Opinion 141 C. Cls. 566.
In accordance with the opinion of the court and on memorandum reports of the commissioner as to the amounts due thereunder, it was ordered that judgments for the respective-plaintiffs be entered as follows:
No. 85-57
Armour and Company (1)_$37, 353. OS'
The Cudahy Packing Company (2)_ 30, 233. 67'
Maurer-Neuer Corporation (3)_ 2, 707. 51
Oscar Mayer and Co., Inc. (4)_ 5, 573. 92'
Oscar Mayer Packing Co. (5)_ 661. 29-
The Rath Packing Company (6)_ 13, 012. 60-
Swift & Company (7)_ 128, 713. 46.
Wilson & Co., Inc. (8)_ 42, 343. 33.
No. 300-57
Armour and Company (1)_ 7, 305. 37'
Armour and Company of Delaware (2)_ 500. 03:
The Cudahy Packing Company (3)_ 3, 284. 23'
Maurer-Neuer Corporation (4)_ 1, 549. 93
Oscar Mayer & Co., Inc. (5)_ 4, 543. 78,
Oscar Mayer Packing Co. (6)_ 683. 10'-
The Rath Packing Company (7)_ 2, 588. 52
Swift & Company (8)_ 66, 047. 07
Wilson & Co., Inc. (9)_ 8, 665. 04